# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ABDUS SHAHID** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BOROUGH OF EDDYSTONE** | : | **NO. 11-2501** |

## ORDER

**AND NOW**, this 3rd day of October, 2011, upon consideration of the defendant Borough of Eddystone's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) (Document No. 4), and plaintiff Abdus Shahid's response (Document No. 5), it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.