IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ABDUS SHAHID** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BOROUGH OF EDDYSTONE** | : | **NO. 11-2501** |

## ORDER

**AND NOW**, this 22nd day of May, 2012, after a bench trial and upon consideration of the Findings of Fact and the conclusions of law set forth in the accompanying Memorandum Opinion, it is **ORDERED** that **JUDGMENT** is entered in favor of the defendant Borough of Eddystone and against the plaintiff Abdus Shahid.


      /s/Timothy J. Savage
      TIMOTHY J. SAVAGE, J.